UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY GINA LEIGH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL GEARY WILSON,<br><br>    Defendant. | Case No. 20-cv-04373-SI<br><br>**ORDER DENYING EX PARTE APPLICATION**<br><br>Re: Dkt. No. 14 |

Defendant has filed an *ex parte* application for a temporary stay of the July 6 remand order in order to allow him time to file a notice of appeal of the remand order. Defendant's application lacks merit and is DENIED. *See generally* 28 U.S.C. § 1447(d) ("An order remanding a case to the State court from which it was removed is not reviewable on appeal on otherwise . . . .").

The Clerk shall process the remand order forthwith.

**IT IS SO ORDERED**.

Dated: July 10, 2020

SUSAN ILLSTON
United States District Judge